**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02318-CMA-MEH

ANNETTE KELLY,

      Plaintiff,

v.

TARGET CORPORATION,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

The parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 17), signed by

the attorneys for the parties hereto, is GRANTED.  It is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

her or its respective costs and attorney fees.

DATED:  March   20  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge